

# Fourth Court of Appeals
## San Antonio, Texas

November 20, 2014

No. 04-14-00500-CR

Edward **ROMERO**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR3128
Honorable Maria Teresa Herr, Judge Presiding

# O R D E R

Appellant's notice of appeal was filed with this court on July 17, 2014, and the appellate record was complete on September 29, 2014. Accordingly, Appellant's brief was due to be filed with this court not later than October 29, 2014. On November 3, 2014, we notified Appellant's attorney that the brief was late and requested a response within ten days of the notice. To date, appellant has not filed a brief or a motion for extension of time.

Accordingly, we ORDER appellant's attorney to either file the appellant's brief or a motion to dismiss this appeal within ten days of the date of this order. If no brief or motion is filed by that date, we will abate this appeal to the trial court for an abandonment hearing. *See* TEX. R. APP. P. 38.8(b)(2). Appellant's attorney is cautioned that, to protect appellant's rights, this court may "initiat[e] contempt proceedings against appellant's counsel." *Id.* R. 38.8(b)(4).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of November, 2014.

_____
Keith E. Hottle
Clerk of Court